114 A.3d 745

IN THE MATTER OF MATTHEW S. NEUGEBOREN, AN
ATTORNEY AT LAW (ATTORNEY NO. 025832002).

June 2, 2015.

## ORDER

**MATTHEW S. NEUGEBOREN,** formerly of **BRICK,** who was admitted to the bar of this State in 2002, having pleaded guilty in the United States District Court for the District of New Jersey to one count of wire fraud, in violation of Title 18 *U.S.C.* § 1343, and one count of tax fraud, in violation of Title 26 *U.S.C.* § 7206(1), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1) and with the consent of respondent, through counsel, **MATTHEW S. NEU-GEBOREN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **MATTHEW S. NEUGEBOREN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MATTHEW S. NEUGEBOREN** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.